■ SANTO S. SCRUFARI, Appellant, v CHUBB CORPORATION, Doing Business as CHUBB GROUP OF INSURANCE COMPANIES, Defendant, and FEDERAL INSURANCE COMPANIES, Respondent. [6 NYS3d 515]—Appeal from an order of the Supreme Court, Niagara County (Timothy J. Walker, A.J.), entered January 30, 2014. The order, among other things, granted the cross motion of defendant Federal Insurance Companies for summary judgment dismissing plaintiff's complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Carni, Sconiers, Valentino and Whalen, JJ.

■ In the Matter of the Application for the Appointment of a Guardian of the Person and Property of JUANITA QUINONES, an Alleged Incompetent Person. CARMEN M. QUINONES, Appellant; MICHAEL J. SULLIVAN, ESQ., Respondent. [6 NYS3d 515]—Appeal from an order and judgment (one paper) of the Surrogate's Court, Chautauqua County (Stephen W. Cass, S.), entered December 2, 2013. The order and judgment directed petitioner to pay respondent the amount of $927.50, representing fees as guardian ad litem.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, Sconiers, Valentino and Whalen, JJ.